Filed 9/22/20  P. v. Palacio CA2/6

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SIX

| | |
|---|---|
| THE PEOPLE,<br><br>　Plaintiff and Respondent,<br><br>v.<br><br>LUIS PALACIO,<br><br>　Defendant and Appellant. | 2d Crim. No. B303412<br>(Super. Ct. No. PA000751)<br>(Los Angeles County) |

Luis Palacio pled guilty to two counts of first degree murder (Pen. Code,[1] §§ 187, subd. (a), 189) and admitted as to one count that he personally used a firearm within the meaning of sections 1203.06, subdivision (a)(1) and 12022.5.  The trial court sentenced him to 52 years to life.

Palacio filed a petition to vacate his murder convictions and for resentencing pursuant to section 1170.95, applying to persons convicted of felony murder or murder under a natural and

---

[1] All statutory references are to the Penal Code.

probable consequences theory.  The trial court denied the petition on the ground that Palacio shot and killed both victims.

We appointed counsel to represent Palacio in this appeal. After examination of the record, counsel filed a brief raising no issues.

On July 6, 2020, we advised Palacio by mail that he had 30 days within which to personally submit any contentions or issues that he wished to raise on appeal.  We received no reply.

We have reviewed the entire record and are satisfied that Palacio's attorney has fully complied with his responsibilities and that no arguable issue exists.  (*People v. Wende* (1979) 25 Cal.3d 436, 441.)

The order is affirmed.

NOT TO BE PUBLISHED.


                                        GILBERT, P. J.

We concur:



YEGAN, J.



PERREN, J.

Cynthia L. Ulfig, Judge

Superior Court County of Los Angeles

_____

Thomas Owen, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.